UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH,<br><br>Plaintiff,<br><br>v.<br><br>TYSON POUGE,<br><br>Defendant. | No. 1:24-cv-00697 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO EITHER TO COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS AND PROVIDE SIX-MONTH TRUST FUND ACCOUNT STATEMENT, OR PAY THE FILING FEE IN FULL<br><br>28 U.S.C. **§** 1915(a)(1)-(2)<br><br>PLAINTIFF TO COMPLY WITH ORDER BY **JULY 17, 2024** |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. However, Plaintiff has neither paid the filing fee in full or requested leave to proceed in forma pauperis, including submitting a six-month trust account statement in compliance with 28 U.S.C. § 1915(a)(1)-(2).

Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his inmate trust fund account statement in support of the application. In the alternative, he must pay the filing fee in full. He will be given thirty days to do one or the other.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's Application to Proceed In Forma Pauperis By a Prisoner, and

2. Within thirty days from the date of this order – **by July 17, 2024,** – Plaintiff shall either:

    a. Pay the $402.00 filing fee in full, or

    b. Submit the completed in forma pauperis application and affidavit provided by the Clerk of Court and a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

**Plaintiff is informed that failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.**

IT IS SO ORDERED.

Dated:   **June 17, 2024**                              **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE